UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZA KHAN,<br><br>             Plaintiff,<br><br>      v.<br><br>FIGMA, INC.,<br><br>             Defendant. | Case No. 3:25-cv-10054<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIGMA, INC.'S MOTION TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br>Courtroom:  6 - 17th Floor<br>Judge:  The Honorable Charles R. Breyer<br><br>Action Filed: November 21, 2025 |

[PROPOSED] ORDER GRANTING MOTION TO
CONTINUE CASE MANAGEMENT DEADLINES
CASE NO.3:25-CV-10054

Having considered the papers filed in support of and in opposition to Defendant Figma, Inc.'s Motion to Continue Case Management Deadlines, and good cause appearing, IT IS HEREBY ORDERED that (i) the parties' initial disclosure deadline is continued until 30 days after the Court issues its order on Figma's Motion to Compel Arbitration and Stay, and (ii) the initial case management conference scheduled for March 13, 2026 is continued until 45 days after the Court issues its order on Figma's Motion to Compel Arbitration and Stay.

**IT IS SO ORDERED.**

Dated: February 10, 2026

By: _____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO
CONTINUE CASE MANAGEMENT DEADLINES                    1
CASE NO. 3:25-CV-10054