UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Raza Khan                    ,

Plaintiff(s),

v.

Figma, Inc.                  ,

Defendant(s).

Case No. 3:25-cv-10054

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, /s/ Casey Olbrantz , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Carter E. Greenbaum , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 344692 .

244 Fifth Avenue, Suite C221, New York, New York 10001
MY ADDRESS OF RECORD

160 Newport Certer Drive, Suite 110, Newport Beach, California 92660
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(646) 818-0913
MY TELEPHONE # OF RECORD

(332) 222-9119
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

casey@greenbaumolbrantz.com
MY EMAIL ADDRESS OF RECORD

carter@greenbaumolbrantz.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5611082 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2026                                    /s/ Casey Olbrantz
                                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Casey Olbrantz          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   May 5, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                       2